## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 508 EAL 2021
                      :
        Respondent    :
                      :   Petition for Allowance of Appeal
                      :   from the Order of the Superior Court
        v.               :
                      :
                      :
KAREEM MOSLEY,           :
                      :
        Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 29th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.